UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Trust established under the Pooling and Servicing Agreement relating to the Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2007-C30 | **ORDER**<br><br>21 Misc. 196 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Pacific Investment Management LLC's ("PIMCO") motion to quash (Dkt. No. 1):

1. CWCapital Asset Management, LLC's opposition is due on **March 5, 2021**;

2. PIMCO's reply, if any, is due on **March 12, 2021.**

Dated: New York, New York
February 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge